IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01719-AP

D. CURTIS WILLOUGHBY,

      Plaintiff,

v.

JO ANNE B. BARNHART,  Commissioner of Social Security

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
SCOTT C. LABARRE, ESQ.
LaBarre Law Offices P.C.
1660 South Albion Street, Ste. 918
Denver, Colorado 80222
Telephone:  303 504-5979
E-mail: slabarre@labarrelaw.com

<u>For Defendant:</u>
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0017
E-mail: tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** August 30, 2006

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** October 12, 2006

    **C.**    **Date Answer and Administrative Record Were Filed**:  December 18, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties states that the case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** March 15, 2007

    **B.**    **Defendant's  Response Brief Due:** April 16, 2007

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:** May 1, 2007

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

Plaintiff requests oral argument if the Court would find it helpful in this unique type of case.

Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.      (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 5th day of February, 2007.

BY THE COURT:


**_S/John L. Kane_**
U.S. DISTRICT COURT JUDGE


APPROVED:


s/ Scott C. LaBarre
SCOTT C. LABARRE
LaBarre Law Offices P.C.
1660 South Albion Street, Ste. 918
Denver, Colorado 80222
Telephone:  303 504-5979
E-mail: slabarre@labarrelaw.com


Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY


s/ Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov


s/ Thomas H. Kraus
THOMAS H. KRAUS
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0017
tom.kraus@ssa.gov


Attorneys for Defendant