**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01719-REB

D. CURTIS WILLOUGHBY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant..

## ORDER DENYING PLAINTIFF'S MOTION FOR AMENDMENT OF JUDGMENT

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Amendment of Judgment** [#31], filed August 3, 2007. I deny the motion.

Plaintiff's motion is essentially a request that I reconsider my decision to remand this case to the Commissioner for further proceedings. However, he has presented nothing to suggest that reconsideration is warranted:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). None of these factors is present in this case. Therefore, reconsideration is

not warranted.

       **THEREFORE, IT IS ORDERED** that **Plaintiff's Motion for Amendment of Judgment** [#31], filed August 3, 2007, is **DENIED**.

Dated August 23, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**