**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01719-REB

D. CURTIS WILLOUGHBY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendants.

**MINUTE ORDER**[1]

    The matter comes before the court on plaintiff's **Motion for Award of Attorneys Fees Under the Equal Access To Justice Act** [#34], filed November 20, 2007. The motion is **STRICKEN** for failure to comply with D.C.COLO.L.Civ.R. 7.1A.

    Dated: November 26, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.