IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01719-REB

D. CURTIS WILLOUGHBY,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

**ORDER**

The **Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act** [#37] filed December 10, 2007, is **GRANTED**. In consideration thereof, it is

**ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $7,500.00.

DATED at Denver, Colorado, this 12th day of December, 2007.

                              BY THE COURT:

                              **s/ Robert E. Blackburn**
                              _____
                              Robert E. Blackburn
                              United Stated District Judge